## 53293. WOFFORD v. THE STATE.

McMurray, Judge.

A plea of guilty was entered by defendant to the offense of burglary and to two misdemeanor charges. Defendant filed a motion for new trial on the burglary indictment, predicated on the three general grounds. This appeal is from the denial of that motion. *Held:*

"In *Bearden v. State,* 13 Ga. App. 264 (1) (79 SE 79), this court held: 'One who has filed a plea of guilty in a criminal case can not move for a new trial. Where one accused of crime voluntarily pleads guilty to the charge, a new trial can not be granted, for there was no verdict. A plea of guilty may, as a matter of right, be withdrawn before sentence; and after sentence the judge may permit it to be withdrawn upon meritorious grounds, addressed to his discretion; but neither before nor after sentence can a motion for a new trial be employed as a means of withdrawing a plea of guilty.' See also *Welch v. State,* 63 Ga. App. 277 (11 SE2d 42); *Alligood v. State,* 108 Ga. App. 453 (133 SE2d 431)." *Galbreath v. State,* 130 Ga. App. 179 (202 SE2d 562).

*Judgment affirmed. Bell, C. J., and Smith, J., concur.*

Submitted January 19, 1977 — Decided February 7, 1977.

*William Davis Harris,* for appellant.

*C. B. Holcomb, District Attorney, Frank C. Mills, III,*

*Assistant District Attorney,* for appellee.